McGaughey v. Bendy.

---

L. G. McGAUGHEY v. W. H. BENDY, ADMINISTRATOR.

Where there is no statement of facts, nor bill of exceptions, it has been repeatedly decided by this court that it will not reverse the judgment for mere inaccurate or erroneous rulings of the court below in its instructions to the jury, unless where the error in the charge is so glaringly apparent, when taken in connection with the pleadings and verdict, as to leave no doubt that the finding of the jury was controlled by the improper instructions of the court.

ERROR from Tyler. Tried below before the Hon. James M. Maxcy.

This case was formerly before the Supreme Court, under the style of Smith v. McGaughey. (13 Tex. R., 464.) In the present record, there is neither a statement of facts nor bill of exceptions. It is not necessary to make any further statement in addition to that contained in the case reported.

*Potter*, for plaintiff in error.

MOORE, J.—All the questions in this case, except those referring to the charge of the court, were settled by the opinion of this

court, when the case was before it at a former term, by appeal. There is in the record neither a statement of facts, or a bill of exception, and when this is the case, it has been repeatedly decided by this court that it will not reverse the judgment for mere inaccurate or erroneous rulings of the court below in its instructions to the jury, unless, indeed, when the error in the charge is so glaringly apparent, when taken in connection with the pleadings and verdict, as to leave no doubt that the finding of the jury must have been controlled by the improper instructions which they received from the court. The present case, however, does not come within this exception to the general rule. And the judgment is therefore affirmed.

Judgment affirmed.